IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB THOMAS, | ) | 1:09cv01716 DLB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 6, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before May 31, 2010. The Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **May 10, 2010**                    _____**/s/ Dennis L. Beck**_____
                                                                    UNITED STATES MAGISTRATE JUDGE

1